

FILED & JUDGMENT ENTERED
Steven T. Salata

Jun 18 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE / BRYSON CITY DIVISIONS

IN RE:

**Michael Brandon Gearhart**
**Dana Michell Gearhart**

Debtor(s)

Chapter 13

Case No. **11-10744**

ORDER AFFECTING PLAN

On **June 18, 2013**, after notice having properly issued, a hearing or trial was held by the Court upon the following cause:

( x ) Trustee's Motion to Dismiss, Modify Plan or for Other Appropriate Relief
(   ) Other:
**As a result of the said proceeding, the Court found these facts:**
(   ) The debtor(s) failed to appear at the §341 meeting.
(   ) The debtor(s) failed to commence payments under §1326(a).
(   ) The debtor(s) failed to make payments required by confirmed Ch.13 plan.
( x ) Other Findings:
    To cure the default, the debtors will resume payments of $340/mo. beginning July to pay 20% to unsecured creditors. Automatic dismissal for failure to pay July.

Based upon the foregoing findings of fact, the Court concludes the following action is appropriate as a matter of law, and **ORDERS** the following:
( x ) The notice of this motion given by the Trustee is approved.
( x ) The Trustee's **MOTION TO MODIFY** is allowed.
( x ) The plan is **MODIFIED**, as set forth above.
(   ) The Trustee's **MOTION TO DISMISS** is (   ) allowed (   ) denied.
(   ) The case is **DISMISSED** on the facts found above.
( x ) Award of attorneys' fees: **$200 to Leonard**
(   ) The case is **CONVERTED TO CHAPTER 7.**
(   ) Other:

IT IS SO ORDERED.

This Order has been signed electronically pursuant to administrative order of the Court.
Effective as of date of entry.

George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE / BRYSON CITY DIVISION

In re:  )
          )    Case No: 11-10744
Michael Brandon Gearhart  )
Dana Michell Gearhart  )
      Debtor(s)  )
          )

## CERTIFICATE OF SERVICE

The Undersigned, hereby certifies that a copy of the document which is attached was mailed this date to all parties in interest herein as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

DAVID G. GRAY, Chapter 13 Trustee

Dated:  6/18/13

_____
Chapter 13 Trustee's Office

_____ Order Confirming Plan

_____ Discharge

__X__ Other – Order Affecting Plan (6/18/13 hrg)

1110744
GEARHART, MICHAEL BRANDON
GEARHART, DANA MICHELL
1595 MEADOW AVENUE
BANNER ELK, NC 28604

1110744 3 002 6
AMERICAN HONDA FINANCE
P O BOX 105027
ATLANTA, GA 30348

1110744 1 005 14
CAPITAL ONE, NA
C/O BASS & ASSOCIATES, PC
3936 E. FT. LOWELL ROAD, STE 200
TUCSON, AZ 85712

1110744 3 007 16
CHASE BANK USA, NA
PO BOX 15145
WILMINGTON, DE 19850-5145

1110744 3 008 17
PRA RECEIVABLES MANAGEMENT, LLC
PORTFOLIO RECOVERY ASSOCIATES
P.O. BOX 41067
NORFOLK, VA 23541

1110744 3 010 18
CLAY COUNTY UTILITY AUTHORITY
3176 OLD JENNINGS ROAD
MIDDLEBURG, FL 32068

1110744 3 011 19
CLAY ELECTRIC COOPERATIVE, INC
C/O CHARLES M HEAD III, ACCOUNTING
PO BOX 308
KEYSTONE HEIGHTS, FL 32656

1110744 3 019 24
JACKSONVILLE ELECTRIC
21 WEST CHURCH STREET CC-3
JACKSONVILLE, FL 32202

1110744 1 027 7
NATIONAL CAPITAL MANAGEMENT LLC
PO BOX 12786
NORFOLK, VA 23541

1110744 3 027 41
SANTANDER CONSUMER USA
8585 N STEMMONS FWY
STE 1100 N
DALLAS, TX 75247

1110744 3 030 32
WELLS FARGO BANK
PO BOX 50014
ROANOKE, VA 24040-0014

1110744 3 031 33
WORLD FINANCIAL NETWORK NATIONAL BA
C/O QUANTUM3 GROUP LLC
PO BOX 788
KIRKLAND, WA 98083

1110744 3 032 34
WORLD OMNI FINANCIAL
C/O WELTMAN WEINBERG & REIS
323 W LAKESIDE AVE, 2ND FLOOR
CLEVELAND, OH 44113

1110744 3 033 36
AFNI INC
PO BOX 3667
BLOOMINGTON, IL 61702

1110744 3 034 37
HSBC BANK NEVADA, NA
C/O BASS & ASSOCIATES, PC
3936 E. FT. LOWELL RD STE 200
TUCSON, AZ 85712

1110744 3 035 38
WORLD OMNI FINANCIAL CORP
C/O WELTMAN, WEINBERG & REIS, CO
323 W LAKESIDE AVE 2ND FLOOR
CLEVELAND, OH 44113

1110744 9 799 1
T BENTLEY LEONARD
828/255-0456
274 MERRIMON AVE
ASHEVILLE, NC 28801

1110744 7 881 2
DAVID G GRAY, TRUSTEE
OTHER COSTS RECORD
81 CENTRAL AVENUE
ASHEVILLE, NC 28801